**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellant,*

            v.

HOSSEIN AFSHARI, aka Hosseini
Deklami; et al.,
            *Defendants-Appellees.*

No. 02-50355

D.C. No.
CR-01-00209-RMT
Central District
of California,
Los Angeles

ORDER

Filed June 17, 2005

Before: Andrew J. Kleinfeld, Kim McLane Wardlaw, and
William A. Fletcher, Circuit Judges.

## ORDER

The opinion filed December 20, 2004, and appearing at 392 F.3d 1031 (9th Cir. 2004), is withdrawn. Pursuant to General Order 5.3.a, an opinion is filed contemporaneously with this order. With the withdrawal and substitution of the opinion, the petition for rehearing and petition for rehearing en banc are denied as moot. Subsequent petitions for rehearing and petitions for rehearing en banc may be filed. Federal Rule of Appellate Procedure 40 now controls.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.